

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MILLER WEISBROD, L.L.P., | § | |
| LAWRENCE LASSITER, | | No. 08-12-00278-CV |
| INDIVIDUALLY, AND LES | § | |
| WEISBROD, INDIVIDUALLY, | | Appeal from the |
| | § | |
| Appellants, | | County Court at Law Number 5 |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011-982) |
| JORGE F. LLAMAS-SOFORO, M.D., | § | |
| INDIVIDUALLY, AND JORGE F. | | |
| LLAMAS-SOFORO, M.D., P.A., | § | |
| | | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before Rivera, J., Rodriguez, J., and Larsen, Senior Judge
Rivera, J. Not Participating
Larsen, Senior Judge (Sitting by assignment)